## Alexander Lumber Company, Appellant, v. L. W. Swindlehurst et al., Appellees.

### Gen. No. 9,247.

434

opinion filed February 25, 1941. Hadley & Leren, Richard F. Dunn and Leonard W. Ingram, for appellant; Charles W. Hadley and Edward Barry, Jr., of counsel; Louis L. Williams and Costigan, Wollrab & Yoder, for appellee Harrison B. Noble. Opinion by PRESIDING JUSTICE FULTON. "Not to be published in full."